**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A | : | No. 4 WAL 2021 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| PAMELA A. VUKMAN, AKA PAMELA MCDEAVITT, LEO L. MCDEAVITT JR., CHRISTOPHER MCDEAVITT AND ALL OCCUPANTS OF 104 DORF DRIVE, PITTSBURGH, PA 15209 | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: PAMELA MCDEAVITT | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of May, 2021, the Petition for Allowance of Appeal and Application for Leave are **DENIED**.